Christopher E. Faenza, SBN 205680
Timothy R. McCormick, SBN 266091
**YOKA & SMITH, LLP**
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071
Tel.: (213) 427-2300
Fax: (213) 427-2330
Email: cfaenza@yokasmith.com
Email: kbrinson@yokasmith.com

Attorneys for Defendant, CATHERINE PHILIPPE

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RICHARD K. ZIMRING,<br><br>　　　　Plaintiff,<br>　v.<br><br>CATHERINE H. PHILIPPE,<br><br>　　　　Defendant. | Case No.: 2:14-cv-05522-R-JC<br>[Assigned for all purposes to Hon. Manuel Real]<br><br>ORDER<br><br>Complaint Filed: July 16, 2014<br>Trial Date: August 25, 2015 |

**ORDER**

**GOOD CAUSE APPEARING THEREFROM, AND BASED UPON STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT** the above-captioned action is hereby dismissed with prejudice in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: July 27, 2015

_____
**HONORABLE MANUEL REAL**
United States District Judge

1
ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE